**FILED**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
_El Paso_ DIVISION

SEP - 8 2009

U.S. BANKRUPTCY COURT
BY_____DEPUTY

**IN RE:**

| FM LOGISTICS, INC | 04-31999 LEK |
|---|---|
| Debtor | Bankruptcy Case No. |

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT   FM LOGISTICS, INC. / HECTOR SAUCEDO, RENE SAUCEDO

MAILING ADDRESS   12444 WINDERMERE

EL PASO, TX                                    ZIP CODE  79928

PHONE NUMBER (915) 790-0972

and that a dividend in the amount of $ 4,094.15 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

DATE  09/08/09

CLAIMANT'S SIGNATURE