**SO ORDERED.**

**SIGNED this 21st day of June, 2010.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### El Paso Division

IN RE: **FM Logistics, Inc.**, Debtor(s)   Case No.: 04–31999–lmc

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

NAME: FM LOGISTICS INC /
ADDRESS: HECTOR & RENE SAUCEDO
12444 WINDERMERE
EL PASO, TX 79928

Claimant, for payment of a dividend from unclaimed funds in the amount of $4094.15.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
   Date funds were paid:
   Per court order signed:
   Schedule Number:
   Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☒ 4. Other: Insufficient proof of ownership of funds. No documentation evidencing
corporate ownership, seal, authority. Documents must be notarized.
Application should only be in the name of the corporation.

###

###