**SO ORDERED.**

**SIGNED this 21st day of June, 2010.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### El Paso Division

IN RE: **FM Logistics, Inc.**, Debtor(s)　　　　　　Case No.: 04–31999–lmc

### ORDER DENYING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

　　NAME:　　　　FM LOGISTICS INC /
　　ADDRESS:　　HECTOR & RENE SAUCEDO
　　　　　　　　　12444 WINDERMERE
　　　　　　　　　EL PASO, TX 79928

Claimant, for payment of a dividend from unclaimed funds in the amount of $4094.15.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
　　　　Date funds were paid:
　　　　Per court order signed:
　　　　Schedule Number:
　　　　Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: Insufficient proof of ownership of funds. No documentation evidencing
corporate ownership, seal, authority. Documents must be notarized.
Application should only be in the name of the corporation.

###